1

2

3

4                                                                      O

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10   LYNNETTE M. SHENKO,                )   Case No. CV 06-04034 AN
                                        )
11          Plaintiff,                  )   ORDER AFFIRMING DECISION OF
                                        )   COMMISSIONER
12          v.                          )
                                        )
13   MICHAEL J. ASTRUE,                  )
     COMMISSIONER OF THE SOCIAL          )
14   SECURITY ADMINISTRATION,            )
                                        )
15          Defendant.                  )
                                        )
16   _____)

17        The Court rules as follows with respect to the two disputed issues in the Joint

18   Stipulation ("JS").[1/]

19        By way of the first disputed issue, Plaintiff principally contends the Administrative

20   Law Judge ("ALJ") erred by failing to give specific and legitimate reasons for

21   discrediting the opinions expressed by Plaintiff's treating psychologist (Dr. Mothersole)

22   and an examining worker compensation psychiatrist (Dr. Hirsch) in favor of the opinion

23   expressed by the examining psychiatrist (Dr. Lavid), who found Plaintiff's "residual

24   mental function" only impaired her long term memory and limited her to a "low stress"

25   workplace environment.   [JS at 15:19-19:9; 20:6-17.]

26   _____

27   [1/]   Both parties have consented to proceed before the undersigned Magistrate Judge. In
     accordance with the Court's Case Management Order, the parties have filed the JS and
28   seek a dispositive order regarding the disputed issues set forth in the JS.  The Court's
     decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.

After reviewing the record, the Court disagrees for the reasons expressed in the Commissioner's contentions.  Additionally, the Court finds the ALJ's decision reflects that he discounted Dr. Mothersole's opinions regarding the severity of Plaintiff's mental impairments because the opinions were vague, unsupported by treatment records, and largely based upon Plaintiff's own subjective reports rather than from longitudinal clinical observations and mental status examinations. [AR at 19.]  The ALJ's decision further establishes that Dr. Hirsch's opinions were discounted as conclusory, unsupported by treatment records, not accompanied by a residual functional assessment, and made in the context of worker's compensation proceedings that were not binding on the Commissioner. [AR at 18.]  The Court finds the ALJ's stated reasons constitute concise, specific and legitimate reasons for discounting the opinions expressed by Drs. Mothersole and Hirsch that are supported by substantial evidence in the record. *See Matney v. Sullivan*, 981 F.2d 1016, 1019 (9th Cir. 1992) (explaining that the ALJ may reject the conclusory opinion of an examining or treating physician if the opinion is unsupported by clinical findings); *Meanel v. Apfel*, 172 F.3d 1111, 1113-14 (9th Cir. 1999) (acceptable medical opinion must be supported by clinical and laboratory findings);  *Morgan v. Comm'r of Soc. Sec. Admin.*, 169 F.3d 595, 602 (9th Cir. 1999) (explaining that "[a] physician's opinion of disability premised to a large extent upon the claimant's own accounts of his symptoms and limitations may be disregarded where those complaints have been properly discounted"); *Fair v. Bowen*, 885 F.2d 597, 605 (9th Cir. 1989).

By way of the second disputed issue, Plaintiff fundamentally contends a reversal is warranted because the Appeals Council did not give proper weight to medical opinions expressed by a licensed clinical social worker (Patricia Rodriguez), whom Plaintiff refers to as a "treating source."   [JS at 26:24-28:10.]  The Court finds this contention lacks merit for the reasons expressed by the Commissioner. [See JS at 28:14-30:15.]

/ / /

/ / /

/ / /

Page 2

1       IT IS THEREFORE ORDERED that judgment be entered affirming the

2   Commissioner's final decision, and dismissing this action with prejudice.

3

4

5   DATED: July 13, 2007                    ARTHUR NAKAZATO

6                                 _____
                                        ARTHUR NAKAZATO
                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28